# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0056. CLAYTON COUNTY CIVIL SERVICE BOARD v. VICTOR HILL, SHERIFF.

The Clayton County Civil Service Board ("the Board") reversed an employment decision made by Sheriff Victor Hill. Sheriff Hill filed a certiorari petition in the superior court, which reversed the Board's ruling. The Board then filed this application for discretionary appeal. Sheriff Hill has moved to dismiss the application, asserting that the Board lacks standing to appeal.

The motion to dismiss is hereby DENIED. The application for discretionary appeal is hereby GRANTED. The Board may file a notice of appeal within 10 days of the date of this order.  The clerk of the superior court is directed to include a copy of this order in the record transmitted to the Court of Appeals. The parties are directed to address the standing issue in their briefs to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/20/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*